Decided March 25, 1998

STATE OF CONNECTICUT *v.* LARRY W. TINSLEY

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 716 (AC 16992), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided March 25, 1998

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 935 (AC 17047), is denied.